UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SP-SPOKANE, WA-1-UT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO., a Massachusetts company,<br>Defendant. | No. 2:25-cv-01578-JHC<br><br>ORDER REMANDING CASE TO SUPERIOR COURT |

THE COURT, having reviewed the Joint Status Report regarding Jurisdictional Discovery and stipulation to remand (the "Status Report") submitted by Plaintiff SP-Spokane, WA-1-UT, LLC, and Defendant Liberty Mutual Fire Insurance Company, which defendant contends was incorrectly named in this lawsuit (collectively "the Parties"), the Court does HEREBY ORDER:

(1) The Parties' request to remand this matter to King County Superior Court is GRANTED, without fees or costs awarded to either party.

(2) The Court REMANDS this matter to King County Superior Court.

//
//

ORDER REMANDING CASE
TO KING COUNTY SUPERIOR COURT - 1

1
2    Dated this 16th of January, 2026.
3
4                                            John H. Chun
                                             United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER REMANDING CASE
TO KING COUNTY SUPERIOR COURT - 2